

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
| --- | --- | --- |
| TIMOTHY MURRAY, | § | No. 08-16-00186-CR |
| Appellant, | § | Appeal from the |
| v. | § | 299th District Court |
| THE STATE OF TEXAS, | § | of Travis County, Texas |
| State. | § | (TC# D-1-DC-15-203175) |
|  | § |  |

**O R D E R**

Pending before the Court is Appellant's motion to reconsider the motion to supplement Appellant's brief. The motion to reconsider is GRANTED. The Appellant's second supplemental brief, which consists of pages 8 through 16 of the supplemental brief submitted to the Court on August 15, 2017, has this day been filed.

Further, the State's supplemental brief in response to Appellant's second supplemental brief, if any, shall be due October 15, 2017.

IT IS SO ORDERED this 15th day of September, 2017.


PER CURIAM

Before McClure, C.J., Rodriguez, and Palafox, JJ.